■ The People of the State of New York, Respondent, v Francisco Navedo, Appellant. [823 NYS2d 750]—Judgment, Supreme Court, New York County (Bonnie G. Wittner, J.), rendered on or about October 3, 2003, unanimously affirmed. No opinion. Order filed. Concur—Friedman, J.P., Williams, Gonzalez, Sweeny and McGuire, JJ.

■ The People of the State of New York, Respondent, v Carlos Reyes, Appellant. [824 NYS2d 261]—

Judgment, Supreme Court, Bronx County (Robert L. Cohen, J.), rendered March 20, 2003, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree, and sentencing him to a term of 1 to 3 years concurrent with a term of one year for violation of probation, unanimously affirmed.

By making generalized objections, and by failing to request any further relief after the court sustained his objection, defendant failed to preserve any of his present challenges to remarks made by the assistant district attorney during voir dire of prospective jurors, opening statement and summation, and we decline to review them in the interest of justice. Were we to review these claims, we would find no basis for reversal (*see People v Overlee*, 236 AD2d 133 [1997], *lv denied* 91 NY2d 976 [1998]; *People v D'Alessandro*, 184 AD2d 114, 118-119 [1992], *lv denied* 81 NY2d 884 [1993]). Concur—Friedman, J.P., Williams, Gonzalez, Sweeny and McGuire, JJ.

■ The People of the State of New York, Respondent, v Julio Tolentino, Appellant. [823 NYS2d 672]—Judgment, Supreme Court, New York County (Brenda Soloff, J.), rendered March 3, 2004, convicting defendant, upon his plea of guilty, of attempted criminal sale of a controlled substance in the fifth degree, and sentencing him, as a second felony offender, to a term of 1½ to 3 years, unanimously affirmed.

Defendant's argument for a sentence reduction under the Drug Law Reform Act (L 2004, ch 738) is without merit (*People v Utsey*, 7 NY3d 398 [2006]). Concur—Friedman, J.P., Williams, Gonzalez, Sweeny and McGuire, JJ.